IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| FORT GORDON HOUSING, LLC d/b/a<br>BALFOUR BEATTY COMMUNITIES,<br><br>Plaintiff,<br><br>v.<br><br>LILLIAN YOUNG,<br><br>Defendant. | * * * * * * * * * * | CV 118-075 |

**O R D E R**

Before the Court is Plaintiff's Notice of Dismissal. (Doc. 5.) Plaintiff's notice was filed prior to Defendant having served either an answer or a motion for summary judgment. Upon due consideration, this Court finds that dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1). **IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendant are **DISMISSED**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 7th day of May, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA